**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

DENNIS GALLIPEAU,

Plaintiff,

v. CASE NO. 4:25cv229-RH-MAF

SCOTT MUND,

Defendant.

_____________________________/

## ORDER DENYING THE MOTION TO DISMISS

This case is before the court on the magistrate judge's report and recommendation, ECF No. 27, and the objections, ECF No. 28. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

1. The report and recommendation, ECF No. 27, is accepted and adopted as the court's opinion.

2. The defendant's partial motion to dismiss, ECF No. 22, is denied.

3. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on November 22, 2026.

s/Robert L. Hinkle
United States District Judge